FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Feb 13 2026

KEVIN P. WEIMER , Clerk

By: B. Evans
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

KEJUAN COATS

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ-165

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about February 27, 2026 in DeKalb County, in the Northern District of Georgia, defendant(s) did, commit a theft of United States property.

in violation of Title 18, United States Code, Section(s) 2114.

I further state that I am a(n) Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Daniel Dove*
Signature of Complainant
Daniel Dove

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

February 13, 2026                                         at    Atlanta, Georgia
Date                                                                        City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                              Signature of Judicial Officer
AUSA Eric Boylan / 2026R00119 /
Eric.boylan@usdoj.gov

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A COMPLAINT**

I, Daniel Dove, depose and say under penalty of perjury:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since January 2024. I am currently assigned to the Atlanta Field Division, Group VII. I investigate violent crime as it relates to the illegal use and possession of firearms, to include but not limited to, conducting criminal investigations concerning violations of the federal firearms laws, drug trafficking laws, and violations of ATF Regulations. As part of training to become a Special Agent, I attended six and a half months of specialized training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. This training involved classes, lectures, and practical exercises to become proficient with federal firearm laws and other federal criminal violations. This training also imparted the knowledge and skills necessary to properly secure and analyze various forms of electronic evidence encountered during law enforcement operations. I received specific training in the determination of probable cause and use of warrants and complaints to enforce federal laws within ATF's jurisdiction.

2. The facts contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

3. Based on the facts below, there is probable cause to believe that KEJUAN COATS has committed a violation of Title 18, United States Code, Section 2114 (Theft of Property of the United States), in that he assaulted a person having lawful charge, control, and custody of any money and property of the United States with intent to rob steal and purloin such money and other property.

## PROBABLE CAUSE

4. DeKalb County Police Department (DKPD). On the day of January 27, 2026, ATF and DKPD were conducting Operation Street Sweeper led by ATF. Operation Street Sweeper's mission is to use intelligence-led policing to combat violent crime in high crimes areas within DeKalb County.

5. The operation led us to an ATF Confidential Informant (CI) who set up a controlled purchase of a stolen firearm (Glock 45, 9mm Pistol, SN: CGUM406) from COATS for Five Hundred and Fifty Dollars and No Cents ($550.00). The CI and COATS each used a cell phone to text and make phone calls to arrange the deal. The controlled purchase was set to take place in the parking lot of 1332 Stone Race Dr, Stone Mountain, GA 30083 ("Target Location").

6. ATF Special Agent Daniel Dove and ATF Special Agent James Dougherty provided the CI with $2,000 of United States Government funds for the controlled purchase of the firearm.

7. At approximately 1637 hours, the CI arrived in the parking lot of the Target Location. At approximately 1645 hours, COATS arrived on foot at the Target Location. COATS was observed and described as a black male wearing gray sweatpants and a black

sweatshirt with white writing across the chest. COATS approached the driver side of the CI's vehicle where conversation began. The CI asked COATS to enter the vehicle and conduct the transaction, which COATS refused. The CI stepped out of the vehicle and continued conversation with COATS. COATS asked the CI for the money while handling a black pistol, and the CI handed COATS $550.00 in United States Government funds to proceed with the transaction.

8. At approximately 1647 hours, COATS was counting the $550.00 in U.S. Government funds while the firearm was in his right front pocket. Once COATS appeared to finish counting the money. He pulled the firearm out of his pocket and pointed the firearm at the CI before beginning to flee. The CI pointed the firearm a second time at the CI while he was running away., COATS had robbed the CI at gunpoint, taking United States Government funds totaling $550.00 in U.S. Currency. An ATF Special Agent observed COATS pointing the firearm at the ATF CI. COATS fled the scene on foot with the firearm in his right hand toward Cricket Run and then behind building 1329 on Cricket Run. ATF Agents lost visual contact of COATS behind 1329 Cricket Run.

9. ATF and DKPD began a search for COATS based on where COATS was last seen. While attempts to locate COATS were taking place, ATF Group Supervisor Gary Dorman (GS Dorman) spoke with Dee Davis, a security guard for the apartment complex. GS Dorman showed Mr. Davis a photograph of COATS. Mr. Davis advised GS Dorman that COATS lives in 1331 Cricket Run, Apartment E, Stone Mountain, Georgia 30083. At approximately 1900 hours, a knock and talk was conducted at the address provided by Mr. Davis. COATS and his mother, Ashley Coats (DOB: 09/25/1986) answered the door. At

this time, COATS was taken into custody of DKPD. ATF Special Agent Daniel Klein performed a search incident to arrest on COATS, and a cellphone was found in COATS front left pocket. ATF Special Agent James Dougherty conducted an on-scene interview with COATS, during this interview, COATS advised he no longer had possession of the money. COATS advised he gave it to his partner, "murda", who was not on scene. Law enforcement was unable to locate or identify any persons by the nickname of "murda" on around the scene of the incident.

10.  As a result of locating COATS at 1331 Cricket Run, Apartment E, Stone Mountain, GA 30083, ATF Special Agents spoke with Ashley Coats to receive consent to conduct a search of the residence. Ashley Coats signed an ATF Consent to Search Form for the residence. The consent search was conducted by ATF Special Agents while Ashley Coats was inside of the residence. Neither the $550.00 of United States Government Funds nor the Glock 45 pistol was located.

## CONCLUSION

11.  Based on the foregoing facts, Based on the facts below, there is probable cause to believe that KEJUAN COATS has committed a violation of Title 18, United States Code, Section 2114 (Theft of Property of the United States), in that he assaulted a person having lawful charge, control, and custody of any money and property of the United States with intent to rob steal and purloin such money and other property.

## END OF AFFIDAVIT